

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2017

No. 04-16-00764-CV

Miguel **GUERRA** and Ana "Anita" Guerra,
Appellants

v.

Copernicus **GUERRA**, Eric Stubbs, and Monica "Trish" Guerra
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-10888
Honorable Larry Noll, Judge Presiding

# O R D E R

The reporter's record was due December 23, 2016, but was not filed. On January 6, 2017, this court notified the court reporters that the reporter's record was late. Leticia Moncivais, one of the court reporters in this case, responded to our notice on January 9, 2017, by stating that the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b).[1]

We therefore ordered appellant to provide written proof to this court on or before January 23, 2017 that either: (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee; or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b). That same day, appellant provided this court with written proof of payment to Leticia Moncivais for the reporter's record.

Accordingly, we **ORDER** the court reporter, Leticia Moncivais, to file the reporter's record in this court on or before **February 23, 2017**.

---

1 We note that Craig Carter, the second court reporter in this case, has filed his portion of the reporter's record on January 11, 2017.

_____

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2017.

_____

Keith E. Hottle
Clerk of Court